**Order entered May 26, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00856-CV

### IN RE JUAN FLORES AND SAYRA FLORES, INDIVIDUALLY AND AS NEXT FRIENDS OF L.F., S.F. AND P.F., MINORS, Relators

### Original Proceeding from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-060568

### ORDER
Before Justices Molberg[1], Reichek, and Goldstein

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus. We also **DENY** all pending motions as moot.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

---

[1]    Justice Molberg dissents without opinion and would grant the writ.